IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
ING BANK, fsb (d/b/a ING DIRECT), and                        :
ING DIRECT BANCORP,                                          :
                                                             :
                                                             :
                              Plaintiffs,                    :
                    v.                                       :
                                                             :  Civil Action No. 07-154
                                                             :
EVERBANK,                                                    :
EVERBANK FINANCIAL CORP., and                                :
STONE & WARD, INC. (d/b/a/ STONE WARD),                      :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ x
```

## PLAINTIFFS' RULE 7.1 DISCLOSURES

1.  Plaintiff ING Bank fsb (d/b/a/ ING DIRECT), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: Companies in the chain of parentage of ING Bank fsb are: ING DIRECT Bancorp; ING Direct NV; ING Bank NV; ING Groep NV.

    b. *The identity of any publicly held corporation that owns 10% or more of its stock*: ING Groep is publicly held.

2.  Plaintiff ING DIRECT Bancorp, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: Companies in the chain of parentage of ING DIRECT Bancorp are: ING Direct NV; ING Bank NV; ING Groep NV.

b.  *The identity of any publicly held corporation that owns 10% or more of its stock*: ING Groep is publicly held.

---

Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

Of Counsel:

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street, N.W., Suite 800
Washington, D.C. 20036
(202) 331-7111

*Attorneys for Plaintiffs*

Dated: March 20, 2007

527166_1