IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>Plaintiffs,<br>v.<br><br>EVERBANK,<br>EVERBANK FINANCIAL CORP., and<br>STONE & WARD, INC. (d/b/a/ STONE WARD),<br><br>Defendants. | Civil Action No. 07-154-GMS |

---

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

FRANCIS DIGIOVANNI, after first being duly sworn, on this 3rd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiffs in the above captioned action.

2. On March 22, 2007, I caused a copy of the Complaint, the Summons for nonresident defendant EverBank, and letter addressed to nonresident defendant EverBank, and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail, to defendant EverBank, pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A."

3.  The package referenced in paragraph 2, was received by EverBank and signed for on March 26, 2007. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B."

_____
Francis DiGiovanni (#3189)

Sworn to and subscribed before me this 3rd day of April, 2007.

_____
NOTARY PUBLIC
JUDITH T. FETTERMAN
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES APRIL 5, 2010

530800_1

# EXHIBIT A

| Registered No. RB972232370 US | | Date Stamp |
|---|---|---|
| Reg. Fee 7.90 | | MAR 22 2007 WILMINGTON DE 19801 |
| Handling Charge | Return Receipt 1.85 | |
| Postage .83 | Restricted Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance ☑ Without Postal Insurance | |

OFFICIAL USE

FROM: Francis D. Giovanni
Connolly Bove Lodge & Hutz
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899

TO: Ever Bank
8100 Nations Way
Jacksonville, FL 32256

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mitchell* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>03-26-07 |
| 1. Article Addressed to:<br><br>Ever Bank<br>8100 Nations Way<br>Jacksonville, FL 32256 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   RB 972 232 370 US | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |