IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
ING BANK, fsb (d/b/a ING DIRECT), and  :
ING DIRECT BANCORP,                    :
                                       :
                    Plaintiffs,        :
            v.                         :  Civil Action No. 07-154-GMS
                                       :
EVERBANK,                              :
EVERBANK FINANCIAL CORP., and          :
STONE & WARD, INC. (d/b/a/ STONE WARD),:
                                       :
                    Defendants.        :
---------------------------------------------------------------- x

**AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)**

FRANCIS DIGIOVANNI, after first being duly sworn, on this 3rd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiffs in the above captioned action.

2. On March 22, 2007, I caused a copy of the Complaint, the Summons for nonresident defendant Stone & Ward, Inc. (d/b/a Stone Ward), and letter addressed to nonresident defendant Stone & Ward, Inc. (d/b/a Stone Ward), and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail, to defendant Stone & Ward, Inc. (d/b/a Stone Ward), pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A."

3. The package referenced in paragraph 2 was received by Stone & Ward, Inc. (d/b/a Stone Ward) and signed for on March 29, 2007. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B."

*[signature]*
Francis DiGiovanni (#3189)

Sworn to and subscribed before me this 3rd day of April, 2007.

*[signature]*
NOTARY PUBLIC
JUDITH T. FETTERMAN
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES APRIL 5, 2010

530800_1

# EXHIBIT A

**Registered No.** RB 972 232 397 US

**Date Stamp:** WILMINGTON DE 19801, MAR 22 2007, USPS

Reg. Fee: 7.90
Handling Charge:
Postage: 1.83
Return Receipt: 1.85
Restricted Delivery:
Received by: [signature]
Customer Must Declare Full Value $ 0
☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
Francis DiGiovanni
Connolly Bove Lodge & Hutz
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899

**TO:**
Stone + Ward, Inc.
225 East Markham, 4th Floor
Little Rock, Arkansas, 72201

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ron Bollen_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): JAN Bollen<br>C. Date of Delivery: 3-29-7 |
| 1. Article Addressed to:<br>Stone & Ward, Inc.<br>225 East Markham, 4th Flr<br>Little Rock, AR 72201 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): RB 972 232 397 US | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540