IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EVERBANK, EVERBANK FINANCIAL CORP., and STONE & WARD, INC. (d/b/a STONE WARD)<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No: 07-154-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION EXTENDING TIME**

WHEREAS, each of the defendants has requested an extension of time to answer, move or otherwise respond to the Complaint, to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, subject to the approval of the Court, that the time within which defendants may answer, move or otherwise respond to the Complaint is extended to and including May 11, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Francis DiGiovanni*　　　　　　　　　　*/s/ Josy W. Ingersoll*

_____　　　　_____
Francis DiGiovanni (No. 3189)　　　　　　Josy W. Ingersoll (#1088)
fdigiovanni@cblh.com　　　　　　　　　　jingersoll@ycst.com
The Nemours Building　　　　　　　　　　The Brandywine Building
1007 N. Orange Street　　　　　　　　　　1000 West Street, 17th Floor
Wilmington, DE  19899　　　　　　　　　　Wilmington, DE  19899-0551
Telephone: (302) 658-9141　　　　　　　　Telephone:  (302) 571-6600

*Attorneys for Plaintiffs ING Bank, fsb*　　*Attorneys for Defendants Everbank*
*and ING DIRECT Bancorp*　　　　　　　　*and Everbank Financial Corp.*

- 2 -

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney*

                                      _____
                                      Julia Heaney (#3052)
                                      jheaney@mnat.com
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      Telephone:  (302) 351-9221
                                      *Attorneys for Defendant Stone & Ward, Inc.*

Dated:  April 6, 2007


      SO ORDERED this _____ day of _____, 2007.


                                      _____
                                      UNITED STATES DISTRICT JUDGE

788061