IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK,<br>EVERBANK FINANCIAL CORP., and<br>STONE & WARD, INC.<br>(d/b/a/ STONE WARD),<br><br>Defendants. | C. A. No. 07-154-GMS |

**DEFENDANTS, EVERBANK'S AND EVERBANK FINANCIAL CORP.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants EverBank and EverBank Financial Corp. state as follows:

EverBank is 100% owned by EverBank Financial Corp., a Savings and Loan Holding Company which is neither a publicly held, owned or traded company.

May 11, 2007

OF COUNSEL:

R. David Hosp
GOODWIN | PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109
(617) 570-1089

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Counsel for Defendants,
  EverBank and EverBank Financial Corp.

659548-1
659716-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 11, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Francis DiGiovanni, Esquire  
Connolly, Bove, Lodge & Hutz  
The Nemours Building  
1007 North Orange Street  
PO Box 2207  
Wilmington, Delaware 19899

Julia Heaney  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
PO Box 1347  
Wilmington, DE  19899

The undersigned counsel further certifies that, on May 11, 2007, copies of the foregoing document were sent by email and hand to the above local counsel.

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk

659663-1