IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb and ING DIRECT BANCORP | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No: 07-154-GMS |
| EVERBANK, EVERBANK FINANCIAL CORP., and STONE & WARD, INC. | ) |
| | ) |
| Defendants. | ) |

**STONE WARD'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), defendant Stone Ward hereby moves to dismiss the complaint against Stone Ward for lack of personal jurisdiction. The grounds are set forth in Stone Ward's Opening Brief in support of its motion to dismiss for lack of personal jurisdiction accompanying this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9221
jheaney@mnat.com
*Attorneys for Defendant Stone & Ward, Inc.*

May 11, 2007

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on May 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> Connolly Bove Lodge & Hutz LLP
>
> Richard D. Kirk
> Ashley B. Stitzer
> The Bayard Firm

I also certify that copies were caused to be served on May 11, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899


Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)