IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb and ING DIRECT BANCORP<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK, EVERBANK FINANCIAL CORP., and STONE & WARD, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No: 07-154-GMS<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 STATEMENT OF DEFENDANT STONE & WARD, INC.

Pursuant to FRCP 7.1, defendant Stone & Ward, Inc. states that there is no parent corporation or publicly held corporation that owns 10% or more of the stock of Stone & Ward, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9221
jheaney@mnat.com
*Attorneys for Defendant Stone & Ward, Inc.*

May 11, 2007

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on May 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>
>Richard D. Kirk
>Ashley B. Stitzer
>The Bayard Firm

I also certify that copies were caused to be served on May 11, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899
>
>
>Richard D. Kirk
>Ashley B. Stitzer
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE  19899-5130

>*/s/ Julia Heaney*
>_____
>Julia Heaney (#3052)