IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>EVERBANK, <br>EVERBANK FINANACIAL CORP., and <br>STONE & WARD, INC. (d/b/a STONE WARD) <br><br>　　　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-cv-154-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO ENLARGE BRIEFING SCHEDULE TO PERMIT JURISDICTIONAL DISCOVERY NECESSARY TO RESPOND TO DEFENDANT STONE WARD'S MOTION TO DISMISS**

Plaintiffs now move this Court for an extension of time, of approximately sixty (75) days, in which to take jurisdictional discovery and then file its opposition to defendant Stone & Ward Inc.'s ("Stone Ward") motion to dismiss the Complaint. The extension is necessary so that plaintiffs may obtain jurisdictional discovery, which is necessary to respond to Stone Ward's motion to dismiss.

In support thereof, plaintiffs submit herewith their Opening Brief.

　　　　　　　　　　　　　　　　　　/s/ Francis DiGiovanni
　　　　　　　　　　　　　　　　　　Francis DiGiovanni (#3189)
　　　　　　　　　　　　　　　　　　Stanley C. Macel, III (#492)
　　　　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-2207
　　　　　　　　　　　　　　　　　　(302) 658-9141

          Of Counsel:

          Jennifer Fraser
          CONNOLLY BOVE LODGE & HUTZ LLP
          1990 M Street, N.W., Suite 800
          Washington, D.C.  20036
          (202) 331-7111

Dated:  May 22, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>              Plaintiffs,<br><br>  v.<br><br>EVERBANK,<br>EVERBANK FINANACIAL CORP., and<br>STONE & WARD, INC. (d/b/a STONE WARD)<br><br>              Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-cv-154-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

WHEREAS, plaintiffs having moved for enlargement of the briefing schedule on defendant Stone & Ward Inc.'s ("Stone Ward") motion to dismiss, in order to permit them time to take the discovery necessary to respond, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief,

IT IS HEREBY ORDERED, this _____ day of _____, 2007, that plaintiffs' motion is granted, and that plaintiff may take discovery on Stone Ward with respect to issues relevant to the exercise of personal jurisdiction by this Court over Stone Ward, for a period of sixty (60) days from the date of this Order, and plaintiffs must then file their opposition to Stone Ward's motion to dismiss no later than seventy-five (75) days from the date of this Order.

 

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, the attached **MOTION TO ENLARGE BRIEFING SCHEDULE TO PERMIT JURISDICTIONAL DISCOVERY NECESSARY TO RESPOND TO DEFENDANT STONE WARD'S MOTION TO DISMISS** was served upon the below-named counsel of record at the address via hand delivery and e-mail:

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)