IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, <br><br>   Plaintiffs, <br><br> v. <br><br> EVERBANK, <br> EVERBANK FINANACIAL CORP., and <br> STONE & WARD, INC. (d/b/a STONE WARD) <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-cv-154-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

I, Francis DiGiovanni, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in MOTION TO ENLARGE BRIEFING SCHEDULE TO PERMIT JURISDICTIONAL DISCOVERY NECESSARY TO RESPOND TO DEFENDANT STONE WARD'S MOTION TO DISMISS. Specifically, I conferred with Julia Heaney, Esq., attorney for Stone Ward, and was informed that Stone Ward would not consent to the relief sought in the motion.

    /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

                                      Of Counsel:

                                      Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street, N.W., Suite 800
Washington, D.C.  20036
(202) 331-7111

Dated:  May 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, the foregoing was served upon the below-named counsel of record at the address via e-mail:

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)