IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, <br><br> Plaintiffs, <br><br> v. <br><br> EVERBANK, EVERBANK FINANCIAL CORP., and STONE & WARD, INC. (d/b/a/ STONE WARD), <br><br> Defendants. | ) ) ) ) ) ) ) C. A. No. 07-154-GMS ) ) ) ) ) ) ) ) ) |

<u>ENTRY OF APPEARANCE</u>

PLEASE ENTER the appearance of Ashley B. Stitzer as additional counsel on behalf of defendants EverBank and EverBank Financial Corporation.

June 18, 2007

OF COUNSEL:

R. David Hosp
GOODWIN | PROCTER LLP
53 State Street
Exchange Place
Boston, MA  02109
(617) 570-1089

THE BAYARD FIRM

<u>/s/ Ashley B. Stitzer (as3891)</u>
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
Counsel for Defendants,
EverBank and EverBank Financial Corp.

659548-1
663112-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 18, 2007, she electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, Delaware 19899

Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

The undersigned counsel further certifies that, on June 18, 2007, copies of the foregoing document were sent by email and hand to the above local counsel.

/s/ Ashley B. Stitzer (as3891)
Ashley B. Stitzer

659663-1