IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ING BANK, fsb (d/b/a/ ING DIRECT, and ING DIRECT BANCORP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-154 (GMS) |
| EVERBANK, EVERBANK FINANCIAL CORP., and STONE & WARD, INC, | ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 9th day of November, 2007, having reviewed and duly considered the plaintiff's motion to enlarge the briefing schedule;

IT IS HEREBY ORDERED that the plaintiff's Motion to Enlarge Briefing Schedule to Permit Jurisdictional Discovery (D.I. 14) is DENIED.  The plaintiff's motion requests a sixty (60) day extension of the May 29, 2007 due date for its response to defendant Stone & Ward, Inc.'s ("Stone & Ward") motion to dismiss.  The requested sixty days has expired, and the plaintiff has not filed an answering brief to the motion to dismiss.  The plaintiff shall file an answering brief to Stone & Ward's motion to dismiss within ten (10) days of the date of this Order.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE