IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and <br> ING DIRECT BANCORP, <br><br> Plaintiffs, <br><br> v. <br><br> EVERBANK, <br> EVERBANK FINANACIAL CORP., and <br> STONE & WARD, INC. (d/b/a STONE WARD) <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-cv-154-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STONE & WARD, INC.**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs, through undersigned counsel, voluntarily dismiss defendant Stone & Ward, Inc., without prejudice. Plaintiffs expressly do not dismiss any claims as against defendants Everbank and Everbank Financial Corp., and herein respectfully request a scheduling conference for the remaining parties, namely plaintiffs and defendants Everbank and Everbank Financial Corp.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

Of Counsel:

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street, N.W., Suite 800
Washington, D.C. 20036
(202) 331-7111
Attorneys for Plaintiffs

Dated: November 27, 2007

577949v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, the attached NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STONE & WARD, INC. was served upon the below-named counsel of record at the address via hand delivery and e-mail:

>Julia Heaney
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>
>Richard D. Kirk
>Ashley B. Stitzer
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899-5130

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)