UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK, and EVERBANK FINANCIAL CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-154-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 4, 2008, copies of (1) **INITIAL DISCLOSURES OF DEFENDANTS EVERBANK AND EVERBANK FINANCIAL CORP. PURSUANT TO FED. R. CIV. PROC. 26(a)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**
Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, Delaware 19899

January 4, 2008                                        BAYARD

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
OF COUNSEL:                                           222 Delaware Avenue, Suite 900
R. Davis Hosp                                          P.O. Box 25130
Goodwin | Procter LLP                                  Wilmington, DE 19899-5130
53 State Street                                        rkirk@bayardfirm.com
Exchange Place                                         (302) 655-5000
Boston, MA 02109                                       Counsel for Defendants
(617) 570-1089                                         Everbank & Everbank Financial Corporation