IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>             Plaintiffs,<br><br>   v.<br><br>EVERBANK, and<br>EVERBANK FINANACIAL CORP.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-cv-154-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**INITIAL DISCLOSURES OF PLAINTIFFS ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP UNDER FEDERAL RULE OF CIVIL PROCEDURE RULE 26(a)(1)** were served upon the following attorneys of record on January 4, 2008.

| **VIA E-MAIL**<br>Richard D. Kirk<br>Ashley B. Stitzer<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130 | **VIA E-MAIL**<br>R. David Hosp<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
|---|---|

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, N.W., 11th Floor
Washington, D.C. 20036
(202) 331-7111

*Attorneys for Plaintiffs*

Dated: January 4, 2008

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, the attached document was served upon the below-named counsel of record at the address listed via e-mail:

>Richard D. Kirk
>Ashley B. Stitzer
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899-5130
>
>R. David Hosp
>Goodwin Procter LLP
>Exchange Place
>Boston, MA  02109

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)