IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>          Plaintiffs,<br><br>    v.<br><br>EVERBANK, and EVERBANK FINANACIAL CORP.<br><br>          Defendants. | Civil Action No. 07-cv-154-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of PLAINTIFFS' FIRST SET OF INTERROGATORIES were served as follows upon the following attorneys of record on January 29, 2008:

**VIA FIRST CLASS MAIL & E-MAIL**
Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**VIA FIRST CLASS MAIL & E-MAIL**
R. David Hosp, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

    /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE
 & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com

OF COUNSEL

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, N.W., 11th Floor
Washington, D.C. 20036
(202) 331-7111
jfraser@cblh.com

*Attorneys for Plaintiffs*