UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>    Plaintiffs,<br>v.<br><br>EVERBANK, and EVERBANK FINANCIAL CORP.,<br><br>    Defendants. | C.A. No. 07-154-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 30, 2008, copies of (1) **DEFENDANTS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** and (2) this **NOTICE OF SERVICE** were served as follows:

**BY EMAIL AND BY HAND**
Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, Delaware 19899


January 30, 2008

OF COUNSEL:
R. Davis Hosp
Goodwin | Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(617) 570-1089

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants
Everbank & Everbank Financial Corporation