IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and )<br>ING DIRECT BANCORP, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EVERBANK, and )<br>EVERBANK FINANACIAL CORP. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-cv-154-GMS |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that true and correct copies of Subpoena in a Civil Case were served as follows upon the following attorneys of record on January 31, 2008:

E-MAIL
Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

E-MAIL
R. David Hosp, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Plaintiff*