**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, | ) )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-cv-154-GMS ) ) ) |
| EVERBANK, and EVERBANK FINANACIAL CORP. | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by and between plaintiffs and defendants, that the above-captioned Complaint and civil action is hereby dismissed with prejudice, each party to bear its own costs and fees.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com

Of Counsel:

Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
1875 Eye Street, Suite 1100
Washington, D.C. 20006
jfraser@cblh.com

Attorneys for Plaintiffs

596603v1

/s/ Richard D. Kirk
Richard D. Kirk (#922)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Of Counsel:

R. David Hosp, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Attorneys for Defendants